PER CURIAM.
Affirmed. Calhoun v. Honda Motor Co., 738 F.2d 126 (6th Cir.1984); Powe v. Wagner Elec. Sales Corp., 589 F.Supp. 657 (S.D.Miss.1984); Food Fair Stores, Inc. v. Trusell, 131 So.2d 730 (Fla.1961); Girdley Constr. Co. v. Ohmstede, 465 So.2d 594 (Fla. 1st DCA 1985); see Marder v. G.D. Searle & Co., 630 F.Supp. 1087 (D.Md. 1986), aff'd sub nom. Wheelahan v. G.D. Searle & Co., 814 F.2d 655 (4th Cir.1987); Morgan v. Continental Casualty Co., 382 So.2d 351 (Fla. 3d DCA 1980).